IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DERRICK WILLIS                                                                                    PLAINTIFF

V.                                                                          CIVIL ACTION NO. 3:21-CV-00054-RP

JESSE WILLIAMS                                                                                DEFENDANT

## ORDER

This matter comes before the Court upon Plaintiff Derrick Willis' *pro se* complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc # 1. Willis complains of a Rule Violation Report ("RVR") entered against him and included a copy of the relevant RVR his complaint. Doc. # 1, p. 10. The RVR copy provided, however, is not legible. Accordingly, the Court directs Plaintiff to resubmit a legible copy of the relevant RVR for the Court's review within thirty (30) days from the date of this Order.

**SO ORDERED**, this the 6th day of April, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE