IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DERRICK WILLIS                                                                          PLAINTIFF

V.                                                            CIVIL ACTION NO. 3:21-CV-00054-RP

JESSE WILLIAMS                                                                        DEFENDANT

ORDER DISMISSING CASE
WITHOUT PREJUDICE

This matter comes before the Court, *sua sponte*, for consideration of dismissal. On April 6, 2021, the Court entered an Order directing Plaintiff to resubmit a legible copy of the RVR included as a part of his complaint within thirty (30) days. Doc. # 9. Plaintiff confirmed receipt of the order by signing and returning an Acknowledgment of Receipt ("AOR") on April 15, 2021,[1] but failed to resubmit the RVR as directed. *See* Doc. # 13. Consequently, on May 10, 2021, the Court entered an Order directing Plaintiff to show cause within twenty-one (21) days why his case should not be involuntarily dismissed as provided by Federal Rule of Civil Procedure 41(b). Doc. # 15. Plaintiff confirmed receipt of the show cause order by signing and returning an AOR on May 16, 2021,[2] but still failed to comply with the Court's directive, and the time for doing so has now passed. *See* Doc. #s 15, 16. Accordingly, this case is hereby **DISMISSED without prejudice** for failure to prosecute and for failure to comply with an order of the court under Federal Rule of Civil Procedure 41(b).

**SO ORDERED**, this the 2nd day of June, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff signed the AOR on April 15, 2021, but it was "filed" on the docket on April 19, 2021. *See* Doc. # 13.
[2] Plaintiff signed the AOR on May 16, 2021, but it was "filed on the docket on May 19, 2021. *See* Doc. # 16.