IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DERRICK WILLIS                                                                                          PLAINTIFF

V.                                                                          CIVIL ACTION NO. 3:21-CV-00054-RP

JESSE WILLIAMS                                                                                       DEFENDANT

## ORDER REQURING PLAINTIFF TO SUBMIT ADDITIONAL INFORMATION TO THE COURT

This matter comes before the Court upon Plaintiff Derrick Willis' *pro se* complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc. # 1. Plaintiff complains about a Rule Violation Report written against him for engaging in inmate on inmate violence while housed at the Marshall County Correctional Facility in Holly Springs, Mississippi, and names Warden Jesse Williams as the sole Defendant in this action. *Id.* In order for the Court to properly assess the merits of Plaintiff's claims, more information is needed. Accordingly, Plaintiff must submit additional information regarding his claims, specifically he is directed to provide a description of Defendant Jesse Williams' personal involvement in the alleged actions or inactions identified in his complaint. Plaintiff must submit this information to the Court within thirty (30) days from the date of this Order. Plaintiff's failure to do so may result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 19th day of July, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE