IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DERRICK WILLIS                                                                                                          PLAINTIFF

V.                                                                                    CIVIL ACTION NO. 3:21-CV-00054-RP

JESSE WILLIAMS                                                                                                        DEFENDANT

ORDER DISMISSING PLAINTIFF'S MOTION FOR RECONSIDERATION AS MOOT

This matter comes before the Court upon Plaintiff's *pro se* motion for reconsideration of the Court's June 2, 2021, Order dismissing the instant case without prejudice for plaintiff's failure to obey an order of the Court. Doc. # 23.[1] The Court recently entered an Order granting another of Plaintiff's motions for reconsideration of the aforementioned dismissal and reopening the case. *See* Doc. # 21. Thus, the relief which Plaintiff now seeks has already been granted. Accordingly, the instant motion [23] for reconsideration is hereby **DISMISSED as moot**.

**SO ORDERED**, this the 23rd day of July, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff styles the instant filing as a "Motion for Plaintiff case should not be involuntarily dismissed," but it is effectively a motion for reconsideration, and the Court will construe it accordingly.