IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DERRICK WILLIS                                                                                          PLAINTIFF

V.                                                                               CIVIL ACTION NO. 3:21-CV-00054-RP

JESSE WILLIAMS                                                                                         DEFENDANT

ORDER

This matter comes before the Court upon *pro se* motions [29], [30] filed by Plaintiff. In his first motion [29], Plaintiff moves for reconsideration of the Court's order dismissing as moot Plaintiff's motion and reopening this case. In so moving, Plaintiff seems to misunderstand the Court's previous order, which dismissed as moot another of Plaintiff's motions *only* because the Court had already granted the relief requested, i.e. reopening the instant case. Consequently, there is no basis for reconsideration, and the instant motion [29] will be **DENIED as moot**.

Plaintiff styles his second motion [30] as a "Motion for Submit Additional Information to the Court." This particular filing, however, is simply a response to the Court's previous order directing Plaintiff to submit additional information. As such, that motion [30] will be **TERMINATED as moot**.

**SO ORDERED**, this the 31st day of August, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE