IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DERRICK WILLIS                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:21-CV-00054-RP

JESSE WILLIAMS                                                                    DEFENDANT

ORDER GRANTING MOTION TO REOPEN CASE

This matter comes before the Court upon Plaintiff Derrick Willis' *pro se* motion [33] to reopen the instant case. On August 24, 2021, the Court entered an order, for the second time, dismissing the instant case without prejudice due to Plaintiff's repeated failures to comply with directives from the Court. Doc. # 28; *see also* Doc. # 17. In the instant motion, Plaintiff asks that his case be reopened and argues that his most recent failure to comply with the Court's order [22] was due to circumstances beyond his control. *See* Doc. # 33. Upon due consideration, and particularly taking into account that Plaintiff is proceeding *pro se*, the Court finds that the instant motion [33] should be **GRANTED**, and that the Clerk of Court is **DIRECTED** to reopen this case and place it back on the Court's active docket. The Court cautions Plaintiff, once again, that any future failure to comply with orders of this Court will not be viewed favorably.

**SO ORDERED**, this the 15th day of September, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE