IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DERRICK WILLIS                                                                                              PLAINTIFF

V.                                                                         CIVIL ACTION NO. 3:21-CV-00054-RP

JESSE WILLIAMS                                                                                           DEFENDANT

FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued today, the instant action is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED**, this the 28th day of September, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE