IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DERRICK WILLIS                                                                                                  PLAINTIFF

V.                                                                                  CIVIL ACTION NO. 3:21-CV-00054-RP

JESSE WILLIAMS                                                                                                DEFENDANT

ORDER

      This matter comes before the Court upon *pro se* Plaintiff Derrick Willis' "Motion for Requesting the Designated Record Under Rule 10." Doc. # 38. In his motion, Willis cites Rule 10 and requests the "designated record" related to the Rule Violation Report identified in his complaint. Rule 10 of the Federal Rules of Civil Procedure, applicable to this case, merely concerns forms of pleadings. It appears that the Rule 10 which Plaintiff relies on is Rule 10 of the Federal Rules of *Appellate* Procedure. To be clear, Plaintiff requests records from the Mississippi Department of Corrections, but neither the Federal Rules of Civil Procedure nor the Federal Rules of Appellate Procedure govern such requests. Moreover, the instant action has already been dismissed with prejudice for Plaintiff's failure to state a cognizable constitutional claim. *See* Doc. #s 36, 37. Accordingly, the Court finds that the instant motion [38] is not well-taken and is, therefore, **DENIED**.

      **SO ORDERED**, this the 4th day of October, 2021.

                                              /s/ Roy Percy
                                              UNITED STATES MAGISTRATE JUDGE